IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-20CR0612-N |
| ANTHONY LIGHTFOOT, JR. | |

## INDICTMENT

The Grand Jury charges:

<u>Count One</u>
Escape
(Violation of 18 U.S.C. §751(a))

On or about August 31, 2020, in the Dallas Division of the Northern District of Texas, the defendant, **Anthony Lightfoot, Jr.**, did knowingly escape from custody in Seagoville, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas upon conviction for the commission of Possession with Intent to Distribute 50 Grams or more of Methamphetamine, in violation of Title 21 United States Code, Section 841(b)(1)(A)(viii).

In violation of 18 U.S.C. § 751(a).

Indictment—Page 1

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
MELANIE SMITH
Assistant United States Attorney
Virginia Bar No. 82663
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8723
Facsimile: 214-659-8805
Email: melanie.smith@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ANTHONY LIGHTFOOT, JR.

INDICTMENT

18 U.S.C. §751(a)
Escape
(Count 1)

1 Count

A true bill rendered

DALLAS                                                                                           FOREPERSON

Filed in open court this __8__ day of December, 2020.

**Defendant in Federal Custody since 09/02/2020**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending