IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY LIGHTFOOT, JR. | NO. 3:20-CR-612-N |

**MOTION FOR DETENTION**

The United States moves for pre-trial detention of defendant, **Anthony Lightfoot, Jr.**, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_   Crime of violence (18 U.S.C. §3156);

    \_\_\_\_   Maximum sentence life imprisonment or death

    \_\_\_\_   10 + year drug offense

    \_\_\_\_   Felony, with two prior convictions in above categories

    \_X\_\_   Serious risk defendant will flee

    \_\_\_\_   Serious risk obstruction of justice

    \_\_\_\_   Felony involving a minor victim

    \_\_\_\_   Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_   Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__  Defendant's appearance as required

   __X__  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

   ____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

   ____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   ____  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   ____  Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   ____  At first appearance

   __X__  After continuance of __3__ days (not more than 3).

DATED this __11th__ day of February, 2021.

**Motion for Detention - Page 2**

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY


/s/ *Melanie Smith*
MELANIE SMITH
Assistant United States Attorney
Virginia State Bar No. 82663
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8723
Facsimile: 214.659.8800
Email: melanie.smith@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 11th day of February, 2021.

/s/ *Melanie Smith*
MELANIE SMITH
Assistant United States Attorney

**Motion for Detention - Page 3**